UNITED STATES of America,
Plaintiff–Appellee,

v.

Clyde Kirby WHITLEY, Defendant–
Appellant.

No. 15–7177.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 23, 2015.

Clyde Kirby Whitley, Appellant Pro Se.
Jane J. Jackson, Assistant United States
Attorney, Seth Morgan Wood, Office of the
United States Attorney, Raleigh, North
Carolina, for Appellee.

Before MOTZ, KEENAN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

**PER CURIAM:**

Clyde Kirby Whitley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction and related motions. We have reviewed the record and find no reversible error. Accordingly, we deny Whitley's motions to amend and for mandamus relief and affirm for the reasons stated by the district court. *United States v. Whitley*, No. 5:07–cr–00080–FL–1 (E.D.N.C. July 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*